TIMOTHY S. McADAM, ESQ.
McAdam & Fallon, P.C.
Attorneys for Plaintiff
90 Scofield Street
Walden, N. Y. 12586
Tel. 845/778-7588, FAX 845/778-2501
Email: tsmcadam@mcadamandfallonlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOEL SPAULDING,

                Plaintiff,

  -against-

NANCY BERRYHILL,
Acting Commissioner of Social Security,

                Defendant.
-------------------------------------------------------X

**NOTICE OF MOTION**
17 Civ. 2061 (ER/KNF)

**MEMO ENDORSED**
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 5, 2020

> The Commissioner is directed to respond to the motion for attorney's fees by March 19, 2020. Failure to respond may result in the Court approving Plaintiff's proposed order, Doc. 39. The Clerk of Court is respectfully directed to terminate motions 30, 35.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: March 5, 2020
> New York, New York

**PLEASE TAKE NOTICE**, that on the Administrative record, the Affirmation of Irwin Portnoy, of counsel to our firm and a Memorandum of Law, submitted herewith, the undersigned, will move this Court, **on submission**, on November 18, 2019, at 10 A.M. thereof, or such on other date as the Court may direct, before the Honorable Edgardo Ramos, U. S. District Judge in Courtroom 618, United States Courthouse, 40 Foley Sq., New York, N.Y., for (1) an award of attorneys fees in the amount of $32,618.00 pursuant to 42 U.S.C. §406(b), and Rule 60(b)(1) Fed. R. Civ. P.; (2) directing that Plaintiff, be refunded the award under 28 U.S.C.§ 2812 (the EAJA) and (3) for such other and further relief as may seem just and proper.

Dated: September 25, 2019
      Walden, New York

                                      Respectfully submitted,

                                      Timothy S. McAdam, Bar No. tm1951